# Court of Appeals
# of the State of Georgia

ATLANTA,  May 27, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1775. MARYAM BENNETT v. ANDREA PAUL.**

Andrea Paul filed an ex parte petition for a stalking protective order against Maryam Bennett, and in November 2023, the trial court issued a stalking twelve-month protective order in Paul's favor under OCGA § 16-5-90, et seq.  In September 2024, the trial court found that Bennett had violated its previous order, and issued a stalking three-year protective order. Bennett filed a motion asking the clerk to confirm the judicial assignment of the case, and on November 14, 2025, the trial court entered an order clarifying the case assignment. On December 27, 2025, Bennett filed a "combined notice of appeal," seeking review of various rulings, including the order clarifying the case assignment.

On January 27 2026, after a hearing, the trial court found Bennett in willful contempt and ordered her to serve ten days in jail or purge herself of the contempt. On April 8, 2026, Bennett filed a notice of appeal, seeking to appeal the January 27 contempt finding, along with "all underlying rulings and orders that form the basis of said contempt." This Court, however, lacks jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021). Assuming arguendo that the November 14, 2025 order constituted a final order subject to appeal, Bennett's December 27 notice of appeal was untimely because it was filed 43 days after entry of that order. Similarly, Bennett's April 8, 2026 notice of appeal regarding

the January 27 contempt finding was also untimely because it was filed 71 days after entry of that order.

For the reasons above, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/27/2026_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*